Date signed July 05, 2011



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| Chinthaka N Kota Bola Acharige and Chandrika Niroshini | * | Case No.    11-21080 |
| | * | Chapter    7 |
| | * | |
| | * | |
| Debtors | * | |

### MEMORANDUM TO DEBTORS' COUNSEL

The court has before it a Motion for Authority to Redeem Personal Property and for Approval of Associated Financing and Attorney Fees Under 11 U.S.C. 722, wherein the Debtors seeks to redeem a 2005 Chevrolet automobile by a payment of $6,138.71 from a lien securing the Energy Federal Credit Union ("Energy FCU"). The court questions whether this action is in the best interest of the Debtors inasmuch as the proposed redemption involves an additional $600.00 non-dischargeable obligation. The interest rate of the new loan by U.S. Bank N.A. is not disclosed, while the rate of interest on the debt secured by the existing lien is 9.89% per annum. The question presented is whether the proposed action is more in Debtors' interest than a reaffirmation of the Energy FCU loan.

cc:    Debtors
        Debtors' Counsel - Victor Palmeiro
        Chapter 7 Trustee
        Kenneth F. Davies, Wright, Constable & Skeen, LLP, 100 N. Charles Street, 16th Floor,
            Baltimore, MD 21201

**End of Memorandum**